501 A.2d 248

**Michelle CORRY, a minor, by her parents and natural guardians, Michael CORRY and Renee Corry, and Michael Corry and Renee Corry, in their own right, Appellants,**

**v.**

**Sister Elizabeth M. HART and Diocese of Allentown.**

Supreme Court of Pennsylvania.

Argued Dec. 2, 1985.

Decided Dec. 10, 1985.

Allen L. Feingold, Philadelphia, for appellant.

Jerrold P. Anders, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents and would reverse on the basis of the dissent authored by POPOVICH, J., in this matter.